UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Mt. Shasta Title & Escrow Company                    DEFAULT JUDGMENT

    v.

                                                                                        Case No. CIV S-07-CV-0963 GEB EFB

Pennbrook Homes, et al

_____

              IT IS ORDERED AND ADJUDGED Default Judgment is hereby ENTERED against Defendant/Cross-Defendant:

        City of Mount Shasta

August 28, 2007

                                                          VICTORIA C. MINOR, CLERK

                                                          By: /s/ M. Marciel_____
                                                          M. Marciel, Deputy Clerk