UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

MT. SHASTA TILE AND ESCROW
COMPANY, a California Corporation,

    v.

PENNBROOK HOMES, an Oregon
corporation, et al.

_____

AMENDED DEFAULT JUDGMENT

Case No. 2:07-CV-963 GEB EFB

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED for Cross-Complainant PENNBROOK HOMES against:

**Cross Defendant, CITY OF MOUNT SHASTA**

pursuant to the Application for Default Judgment filed July 27, 2007, in the amount of:

**$201,867.18 plus interest**

and costs pursuant to F.R.C.P. Rule 55(b)(1).

August 29, 2007

VICTORIA C. MINOR, CLERK

By:   /s/ - M. Marciel
M. Marciel, Deputy Clerk