|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
MT SHASTA A TITLE AND ESCROW   )
COMPANY, a California          )
corporation,                   )    07-cv-00963-GEB-EFB
                               )
                               )         ORDER
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )
PENNBROOK HOMES, an Oregon     )
corporation; CITY OF MOUNT     )
SHASTA, a California municipal )
corporation; DOES 1 through    )
20,                            )
                               )
          Defendants.          )
_____)
```

      The Judge's review of the docket in this action indicated that the Clerk's default judgment should not have entered because the City of Mount Shasta appeared not to have been served either by Plaintiff or Cross-Complainant.

      Within the last few minutes, the Judge received the Cross-Complainant's notice of intent to vacate the Clerk's default judgment in which the Cross-Complainant states that "it

had, in fact, inadvertently failed to properly serve the City as required in FRCP 4."

The Cross-Complainant and its counsel are required to show cause why sanctions should not be imposed for what appears to be a misrepresentation in a declaration and a status report filed in this action. The Cross-Complainant and its counsel must respond to this OSC in a writing to be filed no later than 2:00 p.m. on September, 24 2007. If a hearing is requested on the OSC, that request is to be stated in the response.

The status conference scheduled for September 17 is rescheduled for hearing to commence at 10:00 a.m. October, 29 2007. If the OSC is heard, that hearing will occur at the time the status conference is scheduled to commence.

The Clerk of the Court shall serve John Sullivan Kenny and Mark D. Norcross (Kenny, Snowden & Norine, P.O. Box 994608, Redding, CA 96099-4609) with a copy of this order.

IT IS SO ORDERED.

Dated: September 13, 2007

GARLAND E. BURRELL, JR.
United States District Judge