IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
MT. SHASTA TITLE AND ESCROW        )    2:07-cv-963-GEB-EFB
COMPANY, a California corporation, )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    AMENDED ORDER[1]
                                   )
PENNBROOK HOMES, an Oregon         )
corporation; CITY OF MOUNT SHASTA, )
a California municipal corporation;)
and DOES 1 through 20,             )
                                   )
          Defendants.              )
_____)
                                   )
PENNBROOK HOMES, an Oregon         )
corporation;                       )
                                   )
          Cross-Complainant,       )
                                   )
     v.                            )
                                   )
CITY OF MOUNT SHASTA, a California )
municipal corporation,             )
                                   )
          Cross-Defendant.         )
_____)
```

The Judge's review of the docket in this action indicated that the Clerk's default judgment against Cross-Defendant City of Mount Shasta on Cross-Complainant Pennbrook Homes' cross-complaint should not have entered because Pennbrook Homes appeared not to have properly served the City of Mount Shasta.

---

[1] This amended order amends and supercedes the order filed September 14, 2007.

1

1  On September 14, 2007, Pennbrook Homes and the City of Mount Shasta filed a Stipulation to Set Aside Default Judgment on Cross-Complaint, in which they seek a court order directing "the Clerk of the Court [to] vacate the entry of default and default judgment heretofore entered in this matter by Pennbrook Homes against the City of Mt. Shasta."  Accordingly, the entry of default and default judgment previously entered against Cross-Defendant City of Mount Shasta in this action are vacated.

Further, Pennbrook Homes and its counsel are ordered to show cause ("OSC") in a writing to be filed no later than 2:00 p.m. on September 24, 2007 why sanctions pursuant to Federal Rule of Civil Procedure 16(f) and/or the Court's inherent sanction authority should not be imposed for misleading the court, in a declaration and a status report filed in this action, by suggesting that Cross-Defendant City of Mount Shasta had been properly served and therefore had the obligation to respond to service of process and failed to do so.  If a hearing is requested on the OSC, that request is to be stated in the response.

The status conference scheduled for September 17, 2007 is rescheduled for hearing to commence at 10:00 a.m. on October 29, 2007. If the OSC is heard, that hearing will occur at the time the status conference is scheduled to commence.

The Clerk of the Court shall serve John Sullivan Kenny

///
///
///
///
///

1  and Mark D. Norcross (Kenny, Snowden & Norine, P.O. Box 994608,
2  Redding, CA 96099-4609) with a copy of this order.
3      IT IS SO ORDERED.
4  Dated:   September 17, 2007

                                             GARLAND E. BURRELL, JR.
                                             United States District Judge